MARIYLN HELLER FARFEL, Respondent, v. JOHN J. McNULTY, as Sheriff of the County of Albany, and SAMUEL SIDELMAN, Appellants, and HARRY FARFEL,

Defendant.— Motion for leave to appeal to the Court of Appeals, and for the certification of question, denied, without costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents, and votes to grant the motion.